■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GREENE, Appellant. [722 NYS2d 887] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mason, J.), rendered May 12, 1998, convicting him of manslaughter in the first degree, criminal possession of a weapon in the third degree, and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We disagree with the defendant's contention that he was entitled to a charge of manslaughter in the second degree as a lesser-included offense. Viewing the evidence in the light most favorable to the defendant (*see, People v Martin,* 59 NY2d 704), no reasonable view of the evidence would have supported a charge of reckless manslaughter (*see, People v Glover,* 57 NY2d 61; *People v Marcus,* 228 AD2d 702).

The defendant's remaining contention is unpreserved for appellate review and, in any event, is without merit. Krausman, J. P., Friedmann, Feuerstein and Smith, JJ., concur.